# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. GONZALEZ,<br><br>　　　　Defendant. | Case No. 1:19-cv-01270-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>[ECF No. 9] |

Plaintiff Guillermo Trujillo Cruz is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 28, 2019, Plaintiff filed a motion to compel discovery to file a motion in the instant case. Inasmuch as Findings and Recommendations recommending denial of Plaintiff's application to proceed in forma pauperis is pending, discovery is not open and the action cannot proceed without resolution of the filing fee. Accordingly, Plaintiff's motion to compel discovery is DENIED.

IT IS SO ORDERED.

Dated: __October 30, 2019__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1