UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>L. GONZALEZ,<br><br>Defendant. | No. 1:19-cv-01270-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND<br><br>(Doc. Nos. 7, 8) |

Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 11, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals of actions filed by him and that he be ordered to pay the required $400.00 filing fee for this action in full within thirty (30) days. (Doc. No. 8 at 2–3.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 3.) On November 8, 2019, plaintiff filed objections to the findings and recommendations. (Doc. No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's

1

1 | objections, the court concludes that the magistrate judge's findings and recommendations are
2 | supported by the record and proper analysis.

3 | Although plaintiff does not contest that he has accumulated at least three prior strike
4 | dismissals, enough to be barred by the "three strikes" provision, he contends that he qualifies for
5 | the exception under the provision for prisoners who face "imminent danger of serious physical
6 | injury." *See* 28 U.S.C. § 1915(g). In his objections, plaintiff merely asserts that he "genuinely
7 | fears he will continue to face more of the same abuse," referring to a prior incident of alleged
8 | excessive use of force, and that "the Office of Internal Affairs turn[ed] a blind-eye to that risk and
9 | did nothing to protect him from that risk." (Doc. No. 12 at 3–4.) However, plaintiff's objections
10 | do not address the magistrate judge's finding that "[p]laintiff presents absolutely no allegations
11 | that he faced a present threat of serious physical injury at the time he filed the complaint, as his
12 | allegations relate solely to the alleged excessive force that took place over two months prior to
13 | filing the complaint." (Doc. No. 8 at 2.) Accordingly, plaintiff's objections provide no basis
14 | upon which to reject the pending findings and recommendations.

15 | Accordingly,

16 | 1. The findings and recommendations issued on October 11, 2019 (Doc. No. 8) are
17 | adopted in full;
18 | 2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 7) is denied;
19 | 3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the
20 | $400.00 filing fee in full in order to proceed with this action;
21 | 4. Plaintiff is forewarned that failure to pay the filing fee within the specified time
22 | will result in the dismissal of this action; and
23 | 5. This matter is referred back to the assigned magistrate judge for further
24 | proceedings consistent with this order.

25 | IT IS SO ORDERED.

26 | Dated: **March 24, 2020**
27 | UNITED STATES DISTRICT JUDGE
28 |

2