UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. GONZALEZ,<br><br>　　　　Defendant. | No.  1:19-cv-01270-DAD-SAB (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 17) |

　　　　Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 11, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had three or more prior strike dismissals and that he be ordered to pay the required $400.00 filing fee to proceed with this action.  (Doc. No. 8.)  On March 24, 2020, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $400 filing fee in full within thirty (30) days.  (Doc. No. 17.)  Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action.  (*Id*. at 2.)

1

On April 8, 2020, the magistrate judge granted plaintiff's request for an extension of time to pay the required filing fee and set a deadline of May 28, 2020 for him to do so.  (Doc. No. 19.) That deadline has now passed, and plaintiff has not paid the required filing fee.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee; and
2. The Clerk of the Court is directed to terminate any pending motions (Doc. Nos. 21, 22) and close this case.

IT IS SO ORDERED.

Dated:   **June 8, 2020**

_____
UNITED STATES DISTRICT JUDGE