# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. GONZALEZ,<br><br>　　　　Defendant. | Case No. 1:19-cv-01270-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A COURTESY COPY OF THE COMPLAINT FILED IN THIS ACTION<br><br>[ECF No. 29] |

　　　　On June 8, 2020, the instant action civil rights action filed by Plaintiff Guillermo Trujillo Cruz pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered.  (ECF Nos. 23, 24.)

　　　　Plaintiff filed a notice of appeal on June 18, 2020.  (ECF No. 25.)

　　　　Currently before the Court is Plaintiff's motion for a copy of his complaint submitted in this action, filed July 9, 2020.  Plaintiff requests a copy of his complaint to properly file his appeal and contends that his legal property was destroyed upon his arrival at North Kern State Prison.

　　　　Plaintiff is advised that he is not entitled to free copies from the court. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge. To request copies of his Complaint at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and

prepayment of copy costs to the Clerk.  Nonetheless, the Court will make a one-time exception and provide Plaintiff a courtesy copy of the complaint filed in this action.  However, any future requests for copies of documents may be summarily denied.

Accordingly, it is HEREBY ORDERED that the Clerk of Court shall send Plaintiff a courtesy copy of the complaint filed in this action on September 9, 2019 (ECF No. 1.)

IT IS SO ORDERED.

Dated:   **July 10, 2020**

UNITED STATES MAGISTRATE JUDGE

2