1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GUILLERMO TRUJILLO CRUZ, | ) | Case No. 1:19-cv-01270-DAD-SAB (PC) |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING PLAINTIFF'S MOTION |
| v. | ) | RELATING TO FILING OF NOTICE OF APPEAL |
| L. GONZALEZ, | ) | (ECF No. 32) |
| Defendant. | ) | |
| _____ | ) | |

On June 8, 2020, the instant action filed by Plaintiff Guillermo Trujillo Cruz pursuant to 42 U.S.C. § 1983, was dismissed for Plaintiff's failure to pay the filing fee and judgment was entered. (ECF Nos. 23, 24.)

On June 18, 2020, Plaintiff filed a notice of appeal which was processed to the United States Court of Appeals for the Ninth Circuit and assigned case number 20-16199.  (ECF Nos. 25, 26, 28.)

On July 23, 2020, the Ninth Circuit dismissed Plaintiff's appeal stating, in pertinent part, "[b]ecause the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed."  (ECF No. 31 at 1.) (citation omitted).

///

///

///

///

1

On January 4, 2021, Plaintiff filed a motion requesting the status of his appeal.  (ECF No. 32.) As stated above, Plaintiff's appeal was dismissed on July 23, 2020, and is final.  (ECF No. 31.)  <u>As a courtesy, the Clerk of Court is directed to send Plaintiff a copy of the July 23, 2020 order, ECF No. 31</u>.

IT IS SO ORDERED.

Dated:   **January 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE