# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 1:19-cv-01270-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |
| L. GONZALEZ, | (ECF No. 34) |
| Defendant. | |

On June 8, 2020, the instant action filed by Plaintiff Guillermo Trujillo Cruz pursuant to 42 U.S.C ¶ 1983, was dismissed for failure to pay the filing fee.  (ECF Nos. 23, 24.)

On June 18, 2020, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  (ECF No. 25.)

On July 23, 2020, Plaintiff's appeal was dismissed and it was noted that no "motions for reconsideration, rehearing, clarification, stay of the mandate, or any submissions will be filed or entertained."  (ECF No. 31.)

On January 26, 2021, for an unknown reason, Plaintiff filed a motion to amend the complaint.  (ECF No. 34.)  Because this action is closed, and Plaintiff's appeal was dismissed, there is no basis to file a motion to amend and Plaintiff is advised that no further filings in this action will be entertained.

IT IS SO ORDERED.

Dated:   **February 22, 2021**

UNITED STATES MAGISTRATE JUDGE

1